Fear Law Group, P.C.
Peter L. Fear, No. 207238
Gabriel J. Waddell
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Debtor MACIEL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TODD MACIEL and<br>MINDY MACIEL,<br><br>               Debtor(s). | Case No. 15-13238-A-13<br><br>Chapter 13<br><br>D.C. No. FLG-3<br><br>Date:  December 16, 2015<br>Time:  9:00 am<br>Place: Dept. A, Ctrm. 11, 5th Floor<br>        United States Courthouse<br>        2500 Tulare St., Fresno, California<br>Judge: Hon. Fredrick E. Clement |

**MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN**

The Debtor hereby moves for entry of an order confirming Debtor's First Modified Chapter 13 Plan ("Modified Plan"). This Motion is based on the Modified Plan and the Declaration of TODD MACIEL filed herewith, and on the contents of Debtor's Schedules and Statement of Affairs and the following points and authorities:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on August 14, 2015.

2. The Debtor has proposed the Modified Plan which was filed concurrently herewith. A copy of the Modified Plan is being served with the Notice of this Motion.

Motion to Confirm Modified Chapter 13 Plan (etc.) - 1

3. After the filing of the original plan, further research revealed that the amounts Debtor had built into the Class 2 car payments needed to be revised. The First Modified Plan increases the amounts to be paid to the Class 2 vehicle creditors pursuant to that research, to be established by motions to value Debtor will be filing. In addition, a creditor filed a claim secured on personal property of the Debtor. Debtor was previously unaware of this secured claim, and the First Modified Plan provides for valuation of the collateral and payment of that value to the secured creditor. Additionally, the First Modified Plan provides a number of additional provisions requested by the Chapter 13 trustee, including a reduction in the amount paid on administrative expenses for the first two months to allow for the payment of property tax claim, an annual review, and a reservation of the court's jurisdiction to evaluate the amounts creditors would have received in Chapter 7 in the future.

4. 11 U.S.C. § 1329(a) provides that at "any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor, the trustee, or the holder of an allowed unsecured claim, to—(1) increase or reduce the amount of payments on claims of a particular class provided for by the plan; (2) extend or reduce the time for such payments; or (3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan. As discussed herein, Debtor believes that the Modified Plan fulfills the requirements of Section 1322 and 1329.

WHEREFORE, Debtor requests that Debtor's First Modified Chapter 13 Plan be confirmed.

Date: 10/6/2015                    FEAR LAW GROUP, P.C.

            By:  /s/ Gabriel J. Waddell
               Gabriel J. Waddell