Fear Law Group, P.C.
Peter L. Fear, No. 207238
Gabriel J. Waddell
7750 North Fresno Street, Suite 101
Fresno, California  93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Debtor MACIEL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TODD MACIEL and<br>MINDY MACIEL,<br><br>      Debtor(s). | Case No. 15-13238-A-13<br><br>Chapter 13<br><br>D.C. No. FLG-3<br><br>Date: December 16, 2015<br>Time: 9:00 am<br>Place: Dept. A, Ctrm. 11, 5th Floor<br>    United States Courthouse<br>    2500 Tulare St., Fresno, California<br>Judge: Hon. Fredrick E. Clement |

**NOTICE OF MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN**

PLEASE TAKE NOTICE that on the above date and at the above time and place, Debtors TODD MACIEL and MINDY MACIEL (collectively, "Debtor") will move for an order confirming Debtor's First Modified Chapter 13 Plan ("Modified Plan"). After the filing of the original plan, further research revealed that the amounts Debtor had built into the Class 2 car payments needed to be revised.  The First Modified Plan increases the amounts to be paid to the Class 2 vehicle creditors pursuant to that research, to be established by motions to value Debtor will be filing.  In addition, a creditor filed a claim secured on personal property of the

1 Debtor. Debtor was previously unaware of this secured claim, and the First Modified Plan
2 provides for valuation of the collateral and payment of that value to the secured creditor.
3 Additionally, the First Modified Plan provides a number of additional provisions requested by
4 the Chapter 13 trustee, including a reduction in the amount paid on administrative expenses for
5 the first two months to allow for the payment of property tax claim, an annual review, and a
6 reservation of the court's jurisdiction to evaluate the amounts creditors would have received in
7 Chapter 7 in the future.

8       Pursuant to Local Rule 9014-1(f)(1), opposition, if any, to the granting of the motion
9 shall be in writing and shall be served and filed with the Court by the responding party at least
10 fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition
11 shall be accompanied by evidence establishing its factual allegations. Without good cause, no
12 party shall be heard in opposition to a motion at oral argument if written opposition to the
13 motion has not been timely filed. Failure of the responding party to timely file written
14 opposition may be deemed a waiver of any opposition to the granting of the motion or may
15 result in the imposition of sanctions. If you wish to review the full Motion, you may review the
16 Motion on file with the Bankruptcy Court or you may obtain a copy from the undersigned by
17 making a written request. Any opposition and evidence supporting the opposition shall be
18 served on the Trustee, debtor, and debtor's attorney at the address(es) stated in this notice.

| Michael H. Meyer | Peter L. Fear | Todd Maciel |
| --- | --- | --- |
| Chapter 13 Trustee | Fear Law Group, P.C. | Mindy Maciel |
| PO Box 28950 | 7750 N. Fresno St., Ste. 101 | 12661 Mesa Drive |
| Fresno, CA 93729-8950 | Fresno, California 93720 | Madera, California 93636 |

Date: 10/30/2015                 FEAR LAW GROUP, P.C.

                                  By:  /s/ Gabriel J. Waddell
                                        Gabriel J. Waddell