1

Fear Law Group, P.C.
Peter L. Fear, No. 207238
Gabriel J. Waddell, No. 256289
7750 North Fresno Street, Suite 101
Fresno, California 93720
(559) 436-6575
(559) 436-6580 (fax)
pfear@fearlaw.com

Attorney for Debtor MACIEL

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 15-13238-A-13 |
| TODD MACIEL and<br>MINDY MACIEL, | Chapter 13 |
| | D.C. No. FLG-3 |
| Debtor(s). | Date: December 16, 2015<br>Time: 9:00 am<br>Place: Dept. A, Ctrm. 11, 5th Floor<br>      United States Courthouse<br>      2500 Tulare St., Fresno, California<br>Judge: Hon. Fredrick E. Clement |

**EXHIBITS IN SUPPORT OF MOTION TO CONFIRM
FIRST MODIFIED CHAPTER 13 PLAN**

**INDEX OF EXHIBITS**

| Exhibit | Title | No. Pages |
|---|---|---|
| A | Schedules A, B, and C | 6 |
| | | |

Exhibits (etc.) - 1

B6A (Official Form 6A) (12/07)

In re **Todd Anthony Maciel,**
      **Mindy Lee Maciel**
                                              , Case No. _____
                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3 beds, 2 baths, 1983 square feet, and 1 acre lot. Location: 12661 Mesa Drive, Madera CA 93636** | | C | 274,741.00 | 189,780.05 |

|  |  |  |
|---|---|---|
| Sub-Total > | 274,741.00 | (Total of this page) |
| Total > | 274,741.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Todd Anthony Maciel,**                                     Case No. _____
        **Mindy Lee Maciel**
                                                             , 
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | C | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking Account ending #2869 | C | 0.00 |
| | | Chase Checking Account ending #2987 | C | 501.35 |
| | | Bank of America Core Checking #7999 | C | 243.59 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 sofas, 1 recliner, 2 coffee tables, 1 end table, 3 color televisions, 1 stereo, 4 lamps, 1 computer, 1 dvd player, 1 stove, 1 refrigerator, 1 dishwasher, 1 microwave oven, 4 pots and pans, 1 dishes and glassware, 1 table and chairs, 1 bed, 1 dresser, 1 night stand, 1 bed, 1 dresser, 1 night stand, 2 towels and linens, 1 washer, 1 dryer, 5 garden tools, 2 electric tools, 1 lawn mower, and 1 vacuum cleaner. | C | 1,352.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and picture frames | C | 200.00 |
| 6. Wearing apparel. | | Clothing | C | 350.00 |
| 7. Furs and jewelry. | | Wedding rings | C | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms and children's sports equipment | C | 400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                                                                               Sub-Total >       **3,846.94**
                                                                                      (Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Todd Anthony Maciel,**
    **Mindy Lee Maciel**                                                              Case No. _____
_____,
                                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Vanguard Investments.** | **C** | **17,526.29** |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **17,526.29** |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Todd Anthony Maciel,**
      **Mindy Lee Maciel**                                                                                 Case No. _____
_____,
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Amounts garnished from debtors' paychecks in the 90 days prior to filing by Springleaf Financial** | **C** | 3,069.88 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Ford F-15 SuperCrew Cab XLT Pickup, 4D, 2WD, V8, Automatic Transmission, Good Condition, Mileage: 32,015.** | **C** | 24,729.00 |
| | | **2014 Ford Fusion SE Sedan 4D, FWD, 4 cylinder, Automatic Transmission, Good Condition, and Mileage: 15,666** | **C** | 15,987.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Laptop** | **C** | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **3 dogs** | **C** | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >   43,935.88
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Todd Anthony Maciel,**
       **Mindy Lee Maciel**
_____,
                                    Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **65,309.11** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Todd Anthony Maciel,**
**Mindy Lee Maciel** ,
Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 3 beds, 2 baths, 1983 square feet, and 1 acre lot. Location: 12661 Mesa Drive, Madera CA 93636 | C.C.P. § 704.730 | 100,000.00 | 274,741.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Checking Account ending #2987 | C.C.P. § 704.070 | 75% | 501.35 |
| Bank of America Core Checking #7999 | C.C.P. § 704.070 | 75% | 243.59 |
| **Household Goods and Furnishings** | | | |
| 2 sofas, 1 recliner, 2 coffee tables, 1 end table, 3 color televisions, 1 stereo, 4 lamps, 1 computer, 1 dvd player, 1 stove, 1 refrigerator, 1 dishwasher, 1 microwave oven, 4 pots and pans, 1 dishes and glassware, 1 table and chairs, 1 bed, 1 dresser, 1 night stand, 1 bed, 1 dresser, 1 night stand, 2 towels and linens, 1 washer, 1 dryer, 5 garden tools, 2 electric tools, 1 lawn mower, and 1 vacuum cleaner. | C.C.P. § 704.020 | 1,352.00 | 1,352.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books and picture frames | C.C.P. § 704.020 | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Clothing | C.C.P. § 704.020 | 350.00 | 350.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | C.C.P. § 704.040 | 800.00 | 800.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Firearms and children's sports equipment | C.C.P. § 704.020 | 400.00 | 400.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA with Vanguard Investments. | C.C.P. § 704.115(a)(1) & (2), (b) | 17,526.29 | 17,526.29 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Laptop | C.C.P. § 704.060 | 150.00 | 150.00 |
| | Total: | **121,336.99** | **296,264.23** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt