# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE: TODD MACIEL
　　　　MINDY MACIEL

CASE NO: 15-13238-A-13

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. FLG-3
Judge: Fredrick E. Clement
Hearing Location: Dept. A Courtroom. 11 5th Floor    United States Courthouse    2500 Tulare St. Fresno California
Hearing Date: December 16 2015
Hearing Time: 9:00 a.m.

On 11/2/2015, a copy of the following documents, described below,

MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN, FLG-3

NOTICE OF MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

DECLARATION OF TODD MACIEL IN SUPPORT OF MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

FIRST MODIFIED CHAPTER 13 PLAN

AMENDED SCHEDULES I&J

EXHIBITS IN SUPPORT OF MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/2/2015

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Fear Law Group P.C.
Gabriel J. Waddell
7750 North Fresno Street Suite 101
Fresno, CA  93720

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


OFFICE OF THE UNITED STATES TRUSTEE      MICHAEL H. MEYER              TODD MACIEL
UNITED STATES COURTHOUSE                 CHAPTER 13 TRUSTEE            MINDY MACIEL
2500 TULARE STREET STE 1401              PO BOX 28950                  12661 MESA DRIVE
FRESNO CALIFORNIA  93721-1326            FRESNO CA 93729-8950          MADERA CALIFORNIA 93636
```