FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>TODD MACIEL and<br>MINDY MACIEL,<br><br>                Debtor(s). | Case No.: 15-13238-A-13<br><br>DC NO: FW-9<br><br>Chapter 13<br><br>NOTICE OFFINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO11 U.S.C. §330<br><br>**DATE:**   **July 2, 2020**<br>**TIME:**   **9:00 a.m.**<br>**PLACE: U.S. Courthouse, 5th Floor**<br>          **2500 Tulare Street**<br>          **Fresno, California 93721**<br>**JUDGE: Honorable Fredrick E. Clement** |

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and or expense application(s):

1. Application Information:

| | | |
|---|---|---|
| a. | Name of Applicant (specify): | Fear Waddell, P.C. |
| b. | Amount of fees requested: | $5,738.00 |
| c. | Amount of costs requested | $134.59 |
| d. | Address of Applicant (specify) | 7650 North Palm Avenue, Suite 101<br>Fresno, CA 93711 |
| e. | Time period of current application: | June 1, 2017 through May 22, 2020 |

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(1) and the Federal Rules of Bankruptcy Procedure.

Wherefore, Applicant requests that the Court approve the requested fees and expenses on a final basis, that the fees and expenses formerly approved on an interim basis be approved on a final basis, that Trustee be authorized to pay Applicant's fees and expenses immediately, and for any other relief as this Court deems just and proper.

**YOUR RIGHTS MAY BE AFFECTED** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

Opposition, if any, to the granting of the Application shall be in writing and shall be <u>served and filed with the Court at least fourteen (14) calendar days preceding the date of the hearing.</u> Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Application at oral argument if written opposition to the Application has not been timely filed. If you fail to file a written objection to the Application within such time period, the Court may treat such failure as a waiver of your right to object to the Application and may approve the Application. If you wish to review the full Application, you may review the Application on file with the Court or obtain a copy from Applicant.

Pursuant to District Court General Order 612, no persons are permitted to appear in court unless authorized by order of the court. All appearances of parties and attorneys shall be telephonic through CourtCall, which advises the court that it is waiving the fee for the use of its service by pro se (not represented by an attorney) parties through April 30, 2020. The contact information for CourtCall to arrange for a phone appearance is: (866) 582-6878.

To determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling, the pre-hearing disposition should be viewed at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing; parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date:  June 1, 2020

Respectfully Submitted,
/s/ Gabriel J. Waddell
Attorney for Debtor(s)