2

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Ave, Suite 101
Fresno, California  93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for Debtor MACIEL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 15-13238-A-13 |
| TODD MACIEL and<br>MINDY MACIEL, | Chapter 13 |
| | D.C. No. FW-9 |
| Debtor(s). | Date:　July 2, 2020<br>Time:　9:00 a.m.<br>Place: United States Courthouse, 5th Floor<br>　　　　 2500 Tulare St.,<br>　　　　 Fresno, California 93721<br>Judge: Honorable Fredrick E. Clement |

**DECLARATION OF GABRIEL J. WADDELL IN SUPPORT OF FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330**

I, Gabriel J. Waddell, hereby declare as follows:

　　　1.  I am the attorney for Todd Maciel and Mindy Maciel, Debtor herein. I make this declaration in support of the Final Application for Payment of Fees and Expenses.

Declaration for Fee Application - 1

1　　　　2.　On June 1, 2020, I met in person with Mr. and Mrs. Maciel and explained to them
2　what fees are anticipated to be paid through the plan and what fees are anticipated to be paid
3　following discharge.

4　　　　I declare under penalty of perjury that the foregoing statements are true and correct and that
5　if called as a witness herein I could and would competently testify thereto, and that this declaration
6　was executed on June 1, 2020, at Fresno, California.

7　　　　　　　　　　　　　　　　　/s/ Gabriel J. Waddell
　　　　　　　　　　　　　　　　　　GABRIEL J. WADDELL
8　　　　　　　　　　　　　　　　　FEAR WADDELL, P.C.

Declaration for Fee Application - 2