FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>TODD MACIEL and<br>MINDY MACIEL,<br><br><br><br>Debtor(s). | Case No.: 15-13238-A-13<br><br>DC NO: FW-9<br><br>Chapter 13<br><br>EXHIBITS FOR FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330<br><br>**DATE:** **July 2, 2020**<br>**TIME:** **9:00 a.m.**<br>**PLACE:** **U.S. Courthouse, 5th Floor**<br>        **2500 Tulare Street**<br>        **Fresno, California 93721**<br>**JUDGE:** **Honorable Fredrick E. Clement** |

| SUMMARY OF EXHIBITS | | Page No. |
|---|---|:---:|
| Exhibit A | Narrative Summary | 2 |
| Exhibit B | Itemized Time Entry by Date and Itemized Costs | 5 |
| Exhibit C | Itemized Time Entries by Project | 11 |
| Exhibit D | Fee Agreement | 15 |
| Exhibit E | Debtor(s) Consent | 22 |

# EXHIBIT A

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>TODD MACIEL and<br>MINDY MACIEL,<br><br><br><br>Debtor(s). | Case No.: 15-13238-A-13<br><br>DC NO: FW-9<br><br>Chapter 13<br><br>EXHIBIT A: NARRATIVE FOR FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330<br><br>DATE:    July 2, 2020<br>TIME:    9:00 a.m.<br>PLACE:  U.S. Courthouse, 5th Floor<br>           2500 Tulare Street<br>           Fresno, California 93721<br>JUDGE:  Honorable Fredrick E. Clement |

**B520 - Claim Administration and Claim Objections**

In the time covered by this fee application, Applicant reviewed and analyzed a Notice of Intent to Pay Additional Claims filed by the trustee.

**Total Hours:  0.60/ Total Fees:   $174.00**

**B531–1ˢᵗ Amended or Modified Plan, Motions, Objections**

During the time covered by this fee application, Applicant engaged in extensive work regarding the annual review issues required by the approved plan.  That work included analysis of Debtor's paystubs, communication with the Debtor regarding these plan issues, communication with the Chapter 13 trustee regarding annual bonuses.  Applicant also worked with the Chapter 13 trustee to prepare a stipulation adjusting plan payments to account for this information and increasing the dividend to unsecured creditors.

**Total Hours:  11.60/ Total Fees:   $3,200.00**

**B570 – Fee Application**

Applicant prepared this instant application for fees and expenses and the initial fee application.

**Total Hours:  6.70/ Total Fees:   $1,158.00**

**B580 – Discharge and Case Closing**

The debtors' last payment in this Chapter 13 plan is scheduled to be paid in August, 2020.  At that time, Applicant will be required to expend additional time to assist the debtors with case closing issues. Case closing work is performed by attorney Gabriel J. Waddell, whose current billing rate is $320.00 per hour, and Applicant believes that a reasonable (but low, as discussed further below) estimate for the time necessary to assist debtors with case closing is 3.0 hours.

Applicant has significant experience closing Chapter 13 cases.  Based on that experience, Applicant estimates that the work which Applicant will do for the debtor includes, but is not necessarily limited to, the following:

- Review of notice of completed plan payments, communication with clients regarding same, and case closing review and memorandum regarding deadlines and tasks for case closing (approximately 0.5 hours).

- Review of Notice of Final Cure relative to the mortgage being paid through the plan, review and analysis of the response thereto, and communication with the debtors regarding the same (approximately one hour).

- Preparation of the statements required by 11 U.S.C. § 1328, and communication with the debtors regarding the same (approximately 0.5 hours).

- Review of trustee's final report and other communication from the trustee, the discharge entered, and the final decree, and communication with debtors regarding the same (approximately one hour).

- Demand letter for debtors' pink slips for the two vehicles being paid through the plan, and communication with the creditors and debtors regarding the same (approximately one hour).

**ESTIMATED: Total Hours:  3.00/ Total Fees:   $960.00**

**B590 – Case Administration**

During the time covered by this fee application, Applicant communicated with the clerk regarding case issues and conducted a necessary case review.

**Total Hours:  0.80/ Total Fees:   $246.00**

# EXHIBIT

# B



| | |
|---|---|
| Peter L. Fear | pfear@fearlaw.com |
| Gabriel J. Waddell | gwaddell@fearlaw.com |
| Peter A. Sauer | psauer@fearlaw.com |
| Katie Waddell | kwaddell@fearlaw.com |

7650 N. Palm Avenue, Suite 101
Fresno, CA 93711

05-22-2020

Maciel/Todd & Mindy
12661 Mesa Drive
Madera, CA 93636

Invoice Period: 06-02-2017 - 05-21-2020

**RE: Maciel/Todd & Mindy (3304.00)**

## Time Entries

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-02-2017 | KTW | Finalize fee application and exhibits. | 0.80 | 180.00 | 144.00 |
| 06-20-2017 | KJS | Review order confirming plan and analyze issues regarding plan requirements. | 0.10 | 60.00 | 6.00 |
| 06-21-2017 | PLF | Review e-mail from trustee regarding annual review issues; analyze issues regarding same. | 0.40 | 360.00 | 144.00 |
| 06-21-2017 | GJW | Review e-mail from S. Velasco regarding plan issues, bonuses; analyze issues regarding same. | 0.30 | 280.00 | 84.00 |
| 06-21-2017 | GJW | Telephone call with client regarding plan issues, fee application (left message). | 0.10 | 280.00 | 28.00 |
| 06-26-2017 | GJW | Telephone call with client (left message and conversation) regarding annual review, fee application. | 0.30 | 280.00 | 84.00 |
| 06-26-2017 | GJW | E-mail client regarding annual review, fee application. | 0.10 | 280.00 | 28.00 |
| 06-29-2017 | GJW | Review e-mail and analyze issues regarding expenses. | 0.20 | 280.00 | 56.00 |
| 06-30-2017 | GJW | Review documents and analyze issues regarding plan, expenses. | 0.30 | 280.00 | 84.00 |
| 06-30-2017 | GJW | Telephone call with client regarding plan, expenses (left message). | 0.10 | 280.00 | 28.00 |

Page   1   of   5

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 07-03-2017 | GJW | Telephone call with client regarding budget and plan issues. | 0.10 | 280.00 | 28.00 |
| 07-03-2017 | KTW | Analyze issues regarding status of fee application. | 0.20 | 180.00 | 36.00 |
| 07-05-2017 | GJW | Conference with client concerning plan issues. | 0.80 | 280.00 | 224.00 |
| 07-05-2017 | GJW | E-mail trustee's office regarding plan issues. | 0.20 | 280.00 | 56.00 |
| 07-07-2017 | GJW | Review documents and analyze issues and memorandum to file regarding 2016, 2017 paystubs, bonuses. | 1.30 | 280.00 | 364.00 |
| 07-10-2017 | GJW | Prepare calculations regarding bonuses, plan. | 0.70 | 280.00 | 196.00 |
| 07-10-2017 | GJW | Telephone call with client regarding missed meeting, rescheduling, case issues; analyze issues regarding same. | 0.20 | 280.00 | 56.00 |
| 07-17-2017 | KTW | Finalize fee application exhibits. | 0.20 | 180.00 | 36.00 |
| 07-17-2017 | GJW | Conference with client concerning budget and plan issues. | 0.90 | 280.00 | 252.00 |
| 07-17-2017 | GJW | Review documents and analyze issues regarding correspondence from trustee regarding mortgage. | 0.10 | 280.00 | 28.00 |
| 07-18-2017 | GJW | Review documents and analyze issues regarding signed budget. | 0.10 | 280.00 | 28.00 |
| 07-18-2017 | GJW | Draft correspondence to trustee's office regarding budget issues. | 0.50 | 280.00 | 140.00 |
| 07-19-2017 | GJW | Review e-mail regarding plan issues. | 0.10 | 280.00 | 28.00 |
| 07-19-2017 | GJW | E-mail trustee's office regarding plan issues. | 0.80 | 280.00 | 224.00 |
| 08-03-2017 | GJW | Analyze issues and review documents regarding dividend to unsecured creditors; prepare stipulation regarding same. | 0.40 | 280.00 | 112.00 |
| 08-03-2017 | GJW | E-mail S. Velasco regarding dividend to unsecured creditors. | 0.30 | 280.00 | 84.00 |
| 08-04-2017 | GJW | Review e-mail and documents and e-mail S. Velasco regarding stipulation. | 0.10 | 280.00 | 28.00 |
| 08-04-2017 | GJW | Telephone call with client regarding stipulation (left message and conversation). | 0.20 | 280.00 | 56.00 |
| 08-04-2017 | GJW | Prepare stipulation and application to approve the same; instruct staff regarding same. | 0.40 | 280.00 | 112.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-04-2017 | GJW | Review documents and analyze issues regarding Notice of Intent to Pay Additional Claims. | 0.20 | 280.00 | 56.00 |
| 08-08-2017 | GJW | Telephone call with clerk regarding mis-docketed order. | 0.10 | 280.00 | 28.00 |
| 08-23-2017 | GJW | Review documents and analyze issues regarding hearing on fee application; prepare for same. | 0.30 | 280.00 | 84.00 |
| 08-24-2017 | GJW | Travel to court for fee application hearing. | 0.40 | 280.00 | 112.00 |
| 08-24-2017 | GJW | Appear in court regarding fee application. | 0.30 | 280.00 | 84.00 |
| 10-18-2017 | GJW | Analyze issues regarding return of funds to trustee. | 0.10 | 280.00 | 28.00 |
| 01-04-2018 | GJW | Review documents and analyze issues regarding Notice of Post-Petition Fees. | 0.10 | 295.00 | 29.50 |
| 01-04-2018 | GJW | E-mail client regarding Notice of Post-Petition Fees. | 0.20 | 295.00 | 59.00 |
| 02-01-2018 | GJW | Review documents and analyze issues regarding annual review. | 0.10 | 295.00 | 29.50 |
| 02-01-2018 | GJW | E-mail client regarding annual review. | 0.10 | 295.00 | 29.50 |
| 02-08-2018 | GJW | E-mail client regarding annual review. | 0.10 | 295.00 | 29.50 |
| 02-09-2018 | GJW | Review documents and analyze issues regarding final paystub for 2017. | 0.20 | 295.00 | 59.00 |
| 02-09-2018 | GJW | E-mail trustee regarding final paystub for 2017. | 0.10 | 295.00 | 29.50 |
| 02-26-2018 | GJW | Review documents and analyze issues regarding correspondence from trustee regarding mortgage payment change. | 0.10 | 295.00 | 29.50 |
| 02-21-2019 | GJW | Review e-mail and documents and analyze issues regarding annual review. | 0.20 | 310.00 | 62.00 |
| 02-21-2019 | GJW | E-mail client regarding annual review. | 0.10 | 310.00 | 31.00 |
| 02-21-2019 | GJW | Review e-mail and documents and e-mail client regarding annual review; analyze issues regarding same. | 0.20 | 310.00 | 62.00 |
| 02-21-2019 | GJW | E-mail trustee's office regarding annual review. | 0.10 | 310.00 | 31.00 |
| 10-12-2019 | GJW | Review documents and analyze issues regarding case; memorandum to file regarding same. | 0.60 | 310.00 | 186.00 |
| 10-14-2019 | GJW | Analyze plan and payment issues. | 0.10 | 310.00 | 31.00 |
| 01-10-2020 | KJS | Attempt call and email with clients regarding documents for trustee. | 0.20 | 100.00 | 20.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 01-15-2020 | KJS | Attempt call and email with client regarding required document for annual review. | 0.20 | 100.00 | 20.00 |
| 01-16-2020 | GJW | Review e-mail (x2) and documents and analyze issues regarding final paystub of 2019; e-mail client (x2) regarding same. | 0.50 | 320.00 | 160.00 |
| 01-20-2020 | KJS | Upload and email document as per order confirming plan. | 0.20 | 100.00 | 20.00 |
| 04-16-2020 | KTW | Analyze issues regarding fees and fee application. | 0.30 | 220.00 | 66.00 |
| 05-08-2020 | GJW | Prepare final fee application; review documents and analyze issues regarding same; draft narrative regarding same. | 0.80 | 320.00 | 256.00 |
| 05-08-2020 | KJS | Draft final fee application and supporting documents. | 1.10 | 100.00 | 110.00 |
| 05-20-2020 | GJW | Letter to client regarding plan issues related to pandemic, CARES Act options. | 0.10 | 320.00 | 32.00 |
| 05-21-2020 | KJS | Finalize fee application, exhibits, and notice | 2.30 | 100.00 | 230.00 |
| | | | | **Total Fees** | 4,778.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Gabriel J. Waddell | 13.70 | 288.03 | 3,946.00 |
| Katie Waddell | 1.50 | 188.00 | 282.00 |
| Kayla Schlaak | 4.10 | 99.02 | 406.00 |
| Peter L. Fear | 0.40 | 360.00 | 144.00 |
| **Total** | 19.70 | | 4,778.00 |

## Expenses

| Date | Expense | Description | Amount |
|------|---------|-------------|--------|
| 07-20-2017 | Copying | Copying | 32.40 |
| 07-20-2017 | Postage | Postage | 29.67 |
| 08-04-2017 | Copying | Copying | 4.05 |
| 08-04-2017 | Postage | Postage | 2.01 |
| 09-01-2017 | Copying | Copying | 4.05 |
| 09-01-2017 | Postage | Postage | 1.47 |
| 10-18-2017 | Postage | Postage | 0.49 |
| 05-20-2020 | Postage | Postage | 0.55 |
| 05-21-2020 | Postage | Estimated Postage for Fee Application. | 30.80 |
| 05-21-2020 | Copying | Estimated Copying for Fee Application. | 29.10 |
| | | **Total Expenses** | 134.59 |

## Expense Summary

| Expense | Amount |
|---------|--------|
| Copying | 69.60 |
| Postage | 64.99 |
| **Total Expenses** | 134.59 |

| | |
|---|---|
| **Total for this Invoice** | 4,912.59 |
| **Previous Invoice Balance** | 481.75 |
| **Current Account Balance** | 5,394.34 |
| Trust Balance | 0.00 |
| **Total Amount to Pay as of 05-22-2020** | 5,394.34 |

# EXHIBIT

# C



| Peter L. Fear | \| | pfear@fearlaw.com |
| Gabriel J. Waddell | \| | gwaddell@fearlaw.com |
| Peter A. Sauer | \| | psauer@fearlaw.com |
| Katie Waddell | \| | kwaddell@fearlaw.com |

Maciel/Todd & Mindy
12661 Mesa Drive
Madera, CA 93636

## Time Entries

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| **B520 - Claim Administration and Claim** | | | | | |
| 08-04-2017 | GJW | Review documents and analyze issues regarding Notice of Intent to Pay Additional Claims. | 0.20 | 280.00 | 56.00 |
| 01-04-2018 | GJW | Review documents and analyze issues regarding Notice of Post-Petition Fees. | 0.10 | 295.00 | 29.50 |
| 01-04-2018 | GJW | E-mail client regarding Notice of Post-Petition Fees. | 0.20 | 295.00 | 59.00 |
| 02-26-2018 | GJW | Review documents and analyze issues regarding correspondence from trustee regarding mortgage payment change. | 0.10 | 295.00 | 29.50 |
| | | | 0.60 | | 174.00 |
| **B531 - 1st Amended or Modified Plan, Motions, Objections** | | | | | |
| 06-20-2017 | KJS | Review order confirming plan and analyze issues regarding plan requirements. | 0.10 | 60.00 | 6.00 |
| 06-21-2017 | PLF | Review e-mail from trustee regarding annual review issues; analyze issues regarding same. | 0.40 | 360.00 | 144.00 |
| 06-21-2017 | GJW | Review e-mail from S. Velasco regarding plan issues, bonuses; analyze issues regarding same. | 0.30 | 280.00 | 84.00 |
| 06-21-2017 | GJW | Telephone call with client regarding plan issues, fee application (left message). | 0.10 | 280.00 | 28.00 |
| 06-26-2017 | GJW | Telephone call with client (left message and conversation) regarding annual review, fee application. | 0.30 | 280.00 | 84.00 |
| 06-26-2017 | GJW | E-mail client regarding annual review, fee application. | 0.10 | 280.00 | 28.00 |
| 06-29-2017 | GJW | Review e-mail and analyze issues regarding expenses. | 0.20 | 280.00 | 56.00 |
| 06-30-2017 | GJW | Review documents and analyze issues regarding plan, expenses. | 0.30 | 280.00 | 84.00 |
| 06-30-2017 | GJW | Telephone call with client regarding plan, expenses (left message). | 0.10 | 280.00 | 28.00 |
| 07-03-2017 | GJW | Telephone call with client regarding budget and plan issues. | 0.10 | 280.00 | 28.00 |
| 07-05-2017 | GJW | Conference with client concerning plan issues. | 0.80 | 280.00 | 224.00 |
| 07-05-2017 | GJW | E-mail trustee's office regarding plan issues. | 0.20 | 280.00 | 56.00 |
| 07-07-2017 | GJW | Review documents and analyze issues and memorandum to file regarding 2016, 2017 paystubs, bonuses. | 1.30 | 280.00 | 364.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| B531 - 1st Amended or Modified Plan, Motions, Objections | | | | | |
| 07-10-2017 | GJW | Prepare calculations regarding bonuses, plan. | 0.70 | 280.00 | 196.00 |
| 07-10-2017 | GJW | Telephone call with client regarding missed meeting, rescheduling, case issues; analyze issues regarding same. | 0.20 | 280.00 | 56.00 |
| 07-17-2017 | GJW | Conference with client concerning budget and plan issues. | 0.90 | 280.00 | 252.00 |
| 07-17-2017 | GJW | Review documents and analyze issues regarding correspondence from trustee regarding mortgage. | 0.10 | 280.00 | 28.00 |
| 07-18-2017 | GJW | Review documents and analyze issues regarding signed budget. | 0.10 | 280.00 | 28.00 |
| 07-18-2017 | GJW | Draft correspondence to trustee's office regarding budget issues. | 0.50 | 280.00 | 140.00 |
| 07-19-2017 | GJW | Review e-mail regarding plan issues. | 0.10 | 280.00 | 28.00 |
| 07-19-2017 | GJW | E-mail trustee's office regarding plan issues. | 0.80 | 280.00 | 224.00 |
| 08-03-2017 | GJW | Analyze issues and review documents regarding dividend to unsecured creditors; prepare stipulation regarding same. | 0.40 | 280.00 | 112.00 |
| 08-03-2017 | GJW | E-mail S. Velasco regarding dividend to unsecured creditors. | 0.30 | 280.00 | 84.00 |
| 08-04-2017 | GJW | Review e-mail and documents and e-mail S. Velasco regarding stipulation. | 0.10 | 280.00 | 28.00 |
| 08-04-2017 | GJW | Telephone call with client regarding stipulation (left message and conversation). | 0.20 | 280.00 | 56.00 |
| 08-04-2017 | GJW | Prepare stipulation and application to approve the same; instruct staff regarding same. | 0.40 | 280.00 | 112.00 |
| 10-18-2017 | GJW | Analyze issues regarding return of funds to trustee. | 0.10 | 280.00 | 28.00 |
| 02-01-2018 | GJW | Review documents and analyze issues regarding annual review. | 0.10 | 295.00 | 29.50 |
| 02-01-2018 | GJW | E-mail client regarding annual review. | 0.10 | 295.00 | 29.50 |
| 02-08-2018 | GJW | E-mail client regarding annual review. | 0.10 | 295.00 | 29.50 |
| 02-09-2018 | GJW | Review documents and analyze issues regarding final paystub for 2017. | 0.20 | 295.00 | 59.00 |
| 02-09-2018 | GJW | E-mail trustee regarding final paystub for 2017. | 0.10 | 295.00 | 29.50 |
| 02-21-2019 | GJW | Review e-mail and documents and analyze issues regarding annual review. | 0.20 | 310.00 | 62.00 |
| 02-21-2019 | GJW | E-mail client regarding annual review. | 0.10 | 310.00 | 31.00 |
| 02-21-2019 | GJW | Review e-mail and documents and e-mail client regarding annual review; analyze issues regarding same. | 0.20 | 310.00 | 62.00 |
| 02-21-2019 | GJW | E-mail trustee's office regarding annual review. | 0.10 | 310.00 | 31.00 |
| 10-14-2019 | GJW | Analyze plan and payment issues. | 0.10 | 310.00 | 31.00 |
| 01-10-2020 | KJS | Attempt call and email with clients regarding documents for trustee. | 0.20 | 100.00 | 20.00 |
| 01-15-2020 | KJS | Attempt call and email with client regarding required document for annual review. | 0.20 | 100.00 | 20.00 |
| 01-16-2020 | GJW | Review e-mail (x2) and documents and analyze issues regarding final paystub of 2019; e-mail client (x2) regarding same. | 0.50 | 320.00 | 160.00 |
| 01-20-2020 | KJS | Upload and email document as per order confirming plan. | 0.20 | 100.00 | 20.00 |
| | | | 11.60 | | 3,200.00 |
| B570 - Fee Applications | | | | | |
| 06-02-2017 | KTW | Finalize fee application and exhibits. | 0.80 | 180.00 | 144.00 |
| 07-03-2017 | KTW | Analyze issues regarding status of fee application. | 0.20 | 180.00 | 36.00 |
| 07-17-2017 | KTW | Finalize fee application exhibits. | 0.20 | 180.00 | 36.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| <u>B570 - Fee Applications</u> | | | | | |
| 08-23-2017 | GJW | Review documents and analyze issues regarding hearing on fee application; prepare for same. | 0.30 | 280.00 | 84.00 |
| 08-24-2017 | GJW | Travel to court for fee application hearing. | 0.40 | 280.00 | 112.00 |
| 08-24-2017 | GJW | Appear in court regarding fee application. | 0.30 | 280.00 | 84.00 |
| 04-16-2020 | KTW | Analyze issues regarding fees and fee application. | 0.30 | 220.00 | 66.00 |
| 05-08-2020 | GJW | Prepare final fee application; review documents and analyze issues regarding same; draft narrative regarding same. | 0.80 | 320.00 | 256.00 |
| 05-08-2020 | KJS | Draft final fee application and supporting documents. | 1.10 | 100.00 | 110.00 |
| 05-21-2020 | KJS | Finalize fee application, exhibits, and notice | 2.30 | 100.00 | 230.00 |
| | | | 6.70 | | 1,158.00 |
| <u>B590 - Case Administration</u> | | | | | |
| 08-08-2017 | GJW | Telephone call with clerk regarding mis-docketed order. | 0.10 | 280.00 | 28.00 |
| 10-12-2019 | GJW | Review documents and analyze issues regarding case; memorandum to file regarding same. | 0.60 | 310.00 | 186.00 |
| 05-20-2020 | GJW | Letter to client regarding plan issues related to pandemic, CARES Act options. | 0.10 | 320.00 | 32.00 |
| | | | 0.80 | | 246.00 |
| | | | | **Total Fees** | 4,778.00 |

## Time Summary

| Task | Hours | Amount |
|------|-------|--------|
| B520 - Claim Administration and Claim | 0.60 | 174.00 |
| B531 - 1st Amended or Modified Plan, Motions, Objections | 11.60 | 3,200.00 |
| B570 - Fee Applications | 6.70 | 1,158.00 |
| B590 - Case Administration | 0.80 | 246.00 |
| | **Total Fees** | 4,778.00 |

|  |  |
|--|--|
| **Total for this Invoice** | 4,912.59 |

# EXHIBIT D

# FEAR LAW GROUP, P.C.

Woodward Court Professional Center
7750 North Fresno Street, Suite 101
Fresno, California 93720
tel: 559.436.6575  fax: 559.436.6580

Peter L. Fear, Esq.                    Gabriel J. Waddell, Esq.
pfear@fearlaw.com                      gwaddell@fearlaw.com

### ATTORNEY-CLIENT FEE AGREEMENT
### BANKRUPTCY-CHAPTER 13

1. **IDENTIFICATION OF PARTIES:**

This agreement, executed in duplicate with each party receiving an executed original, is made between the Fear Law Group, P.C., 7750 N. Fresno Street, Ste. 101, Fresno, California 93720, here and after referred to as "attorney" and Todd Maciel and Mindy Maciel, collectively and individually referred to here and after as "client". The provisions of this agreement are intended to be consistent with the requirements of Business and Professions Code Sec. 6148.

2. **SERVICES TO BE PROVIDED:**

Client hereby retains the law attorney to provide services for a Chapter 13 debt rescheduling with the objective of obtaining confirmation of a Chapter 13 debt payment plan. Attorney is being retained to undertake all routine efforts to obtain confirmation, regardless of whether or not a plan is actually confirmed, an attorney makes no guarantee that a plan will be confirmed. Attorney shall be responsible for representing the debtor on all matters arising in the Chapter 13 case, including motions for relief in the automatic stay, motions to avoid liens, objections to claims, and adversary proceedings, unless otherwise agreed. Attorney will not be representing Client in any non-bankruptcy matter.

3. **TERMINATION OF LEGAL REPRESENTATION:**

Representation by attorney may be terminated due to client's inability to pay additional legal services, lack of feasibility of the plan, lack of client cooperation, failure of client to perform his or her duties, bad faith on the part of the client, or other good cause. Attorney may refuse to undertake services which, in the opinion of attorney, are not feasible, practical, necessary, ethical or well founded in fact or law, or which would unnecessarily add to the expense of the case. In some instances client may need to consult an outside professional, i.e., a CPA, Family Law Attorney, Tax Attorney, Probate Attorney depending on the matter that may arise from the Chapter 13 filing. This agreement is only effective to bind attorney as long as bankruptcy law remains unchanged and client returns the questionnaire with 14 days of the date attorney signs this agreement.

## 4. FEES:

**Pre-Petition Fee:** The fees for this Chapter 13 case are broken into two parts, the pre-petition minimum fee and the post-petition fees. The pre-petition fee is a minimum fee to cover services prior to the filing of the bankruptcy case, and is earned upon receipt and is non-refundable. The pre-petition minimum fee will be drawn down by the attorney prior to filing of the bankruptcy case. Attorney will keep track of billable hours spent on the case pre-petition at Attorney's hourly rates at the time services are provided. Should the amount of the time spent on the case pre-petition exceed the pre-petition minimum fee, Attorney will seek authorization for those fees to be paid through the Chapter 13 Plan as provided below. The amount of the pre-petition fee is $1,500.00. This amount, plus the court filing fee of $310, for a total of $1,810.00, must be paid in full before the case is filed. The post-petition fees will be handled either pursuant to the court's no-look fee system or they will be hourly. This will be decided and agreed to by Attorney and Client before the Chapter 13 Plan is signed, and the method that will be used will be noted in the Chapter 13 Plan. Attorney will explain to Client the reasons why a particular method is better than the other for any particular case.

**No-Look Fee:** If the post-petition fees will be handled pursuant to the court's no-look fee, the attorney fee will be the maximum no-look provided for by the court's guidelines for no-look fees. (The pre-petition fee stated above counts toward the no-look fee.) This amount will be stated in a subsequent agreement called the "Rights and Responsibilities of Debtors and Their Attorneys." There may be fees in addition to this amount that could be paid through the Chapter 13 plan pursuant to the Court's Rules, Guidelines and the Chapter 13 Plan. See below for an example of the types of services that might require additional fees. Pursuant to the Court's Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases, if the case is dismissed before confirmation, to the extent funds are available, the Chapter 13 Trustee will pay one-half of the agreed-upon fee to Attorney. If the case is dismissed pre-confirmation and funds are not available to fully pay Attorney one-half of the agreed-upon fee, Client agrees to pay Attorney the balance. If the case is dismissed for any reason after confirmation and before discharge is granted, client agrees to pay attorney the minimum fee, plus expenses incurred by attorney and an amount sufficient to compensate attorney at his normal hourly rate if the minimum fee is insufficient to do so. If the case is converted to another chapter, Client agrees to pay Attorney the balance of the agreed-upon fee in full upon conversion and agrees to pay Attorney his regular hourly rate for all work on the case thereafter.

**Hourly:** If, on the other hand, post-petition fees will be handled on an hourly basis, Attorney will keep track of billable hours spent on the case post-petition and will seek court approval for payment of those fees and any expenses incurred by Attorney in the representation of Client. All fees will be at Attorney's hourly rates at the time services are provided. Absent agreement to the contrary, upon court approval those fees will be paid out of the funds Client pays to the Chapter 13 Trustee or funds held in trust by Attorney for Client. If pre-petition fees have been incurred over the pre-petition minimum fee, Attorney will also seek authorization for those fees above the minimum fee to be paid as part of a post-petition fee application.

**5. RIGHT TO RAISE OBJECTION TO FEES:**

The client has the right to object to any fees or expenses billed in the case. The client may raise any objection he or she has with the attorney. Furthermore, in the event attorney is required to make a court approval of fees, the client has the right to appear at the court hearing and voice any objections he or she may have regarding them. However, attorney would ask that any such objections be brought to the personal attention of Mr. Fear first, to give him the opportunity to discuss them with client before being transmitted to the Court or the U.S. Trustee's office.

**6. NON-REFUNDABLE FEES:**

Consultation fees, if any, are non-refundable. In the event client changes his or her mind before research or paper work or other services are started, the sum of $375 of the retainer shall be non-fundable for a consumer case, and $500 for a Business Case. If services are started and the client changes his/her mind before filing, an additional fee of $250 will be non-refundable in addition to the hourly fees for services. If paperwork has been started or finished and client requests a refund, attorney will prepare an itemized invoice of all services performed; there may or may not be a refund depending on the amount of work performed.

**7. SECURITY FOR BALANCE OF COMPENSATION AND EXPENSES:**

   a) Payment of Fees if Case is Dismissed:
   If Clients' petition is dismissed or is converted to a petition under Chapter 7 prior to confirmation, Clients agree that any funds paid to the trustee shall be distributed directly to the Law Offices of Peter L. Fear pursuant to 11 U.S.C. §1326(a)(2).
   b) Permission to cash trustee checks for unpaid fees:
   Some cases are dismissed before the balance of attorney's fees, if any, have been paid through the plan. In such event the trustee will usually mail, care of our office, a refund check made payable to client. If this case is dismissed before confirmation, client grants attorney permission to endorse and deposit such checks into attorneys trust account and to withdraw from such fees the balance owed on attorneys fee and cost for this case. Any balance shall be remitted to client.
   c) Lien against funds on deposit:
   Client hereby gives the attorney a security interest and lien in any funds on deposit with attorney, or being held by a bankruptcy trustee, on account of legal fees and expenses, pursuant California Commercial Code Sec. 9305.

**8. ADDITIONAL FEES:**

Attorney may charge additional fees for special, unusual, unforeseen, complex, non-routine or time-consuming tasks. Examples of such tasks include (but are not limited to) the following:
   a) **CHANGES:** Additions, deletions, changes or any amendments to papers before or after the petition or plan is filed;
   b) **COURT APPEARANCES:** Additional court appearances or meetings of creditors made necessary by client's request, client's failure to appear at scheduled court

appearances, client's failure to perform duties or provide requested documents or information prior to the hearing, or unforeseen problems of any nature causing a hearing to be continued to anther date.

c) **DISPUTED MATTERS:** Any aspect of the case that is contested in court or is in response to an investigation, motions, objection, adversary matters or conduct by creditors (e.g. RELIEF FROM STAY HEARINGS, MOTIONS TO DISMISS THE CASE, RULE 2004 EXAMINATIONS, OBJECTIONS TO CLAIMS, OBJECTION T CONFIRMATION, DEALING WITH CREDITORS WHO VIOLATE THE AUTOMATIC STAY, ETC.) or matters that require Attorney to litigate or negotiate with creditors, the trustee or others, or file motions, objections or complaints, or respond to motions, objections or complaints in order to settle the disputes, or requiring assistance at rest of client to resolve problems not part of the ordinary bankruptcy processing routine.

d) **DIVORCE:** If after the attorney is retained by client, clients experience marital problems which lead to divorce, a marital separation or otherwise cause attorney to expend additional time counseling the clients individually, there will be an additional charge on the initial retainer fee. If the marital problems cause an actual conflict of interest the firm shall be released as attorney for both clients.

e) **UNCOOPERATIVE CREDITORS:** Client must be aware that a creditor, including a mortgage holder, judgment creditor, the IRS or others may violate the automatic stay and attempt to collect a pre-petition debt from you. The firm cannot guarantee that creditors will obey the bankruptcy laws. Efforts required to bring uncooperative creditors into compliance may incur additional fees. Please remember that you should not use any credit cards and should not make any payments on credit card accounts after retaining this office.

f) **TIME CONSUMING TASKS:** All time is billable. The estimated fee quoted in this fee agreement is based on the average amount of time required to process a routine case. However, any task, whether routine or non routine, requiring an unusual amount of time to complete will incur billable time which may exceed the estimated fee.

## 9.   FEE RATES:

All billable time will be subject to court approval, and shall be billed at the rate of $310 per hour for attorney time. This rate may be adjusted periodically, usually at the beginning of every year. Any emergency filing, or filing that is prepared on a weekend, evening or holiday will incur additional fees. For such services will be an additional $25 over the regular hourly fee. For purpose of this paragraph (evening) shall be any work after 5:30 p.m.

## 10. COURT APPROVAL:

Additional fees shall not be charged by attorney unless approved by the bankruptcy court.

**11. DISCLAIMER OF GUARANTEE:**

Although attorney may offer an opinion of possible results regarding the subject matter of this agreement, attorney cannot guarantee any particular result. Client acknowledges that attorney has made no promises about the outcome and that any opinion offered by attorney in the future will not constitute a guarantee. Where the filing is an emergency filing and taxes are owed but the amounts of discharge ability are uncertain, client agrees to waive all responsibility to the firm for any tax amount discrepancies or failure to discharge that may arise after filing. This applies to all emergency cases.

**12. PRE-FILING CREDIT COUNSELING AND POST-FILING DEBTOR EDUCATION:**

Please remember that you will need to complete a credit counseling course before your bankruptcy case can be filed. Our clients have had good results using the credit counseling offered by Springboard (www.bkhelp.org, 888-425-3453) or Cricket Debt Counseling (www.cricketdebt.com, 866-719-0400). We will need to file a certificate with the court demonstrating that you have complied with this requirement. After filing your bankruptcy petition, you will need to complete a financial education course. You can use the same companies mentioned above. A certificate proving that you have completed the financial education course must be filed no later than 45 days after the meeting of creditors (usually held about 35 days after your petition is filed). Consequently, you should complete the financial education course as soon as possible and provide me with the certificate no later than 30 days after your petition is filed or at least before your meeting of creditors.

**13. NOTICE REGARDING FUNDS IN BANK OR CREDIT UNION ACCOUNTS:**

You will not want to have any more than a nominal amount of money on deposit with financial institutions to whom you owe money at the time of bankruptcy, so that they do not freeze your accounts upon learning that you have filed bankruptcy. If you have an account at a credit union, please let me know as you may need to close that account before filing bankruptcy.

**14. RECEIPT OF NOTICES:**

By signing below, you are acknowledging receipt from Attorney at the time this contract was provided of the following notices:

1. BAPCPA REQUIRED NOTICE NO. 1 (§ 342(b)(1) and 527(a)(1) of the Bankruptcy Code)
2. BAPCPA REQUIRED NOTICE NO. 2 (§ 527(a)(2) of the Bankruptcy Code)
3. BAPCPA REQUIRED NOTICE NO. 3 (§ 342(b)(2) of the Bankruptcy Code)
4. BAPCPA REQUIRED NOTICE NO. 4 (§ 527(b) of the Bankruptcy Code)

**15.** **SEVERABILITY IN EVENT OF PARTIAL INVALIDITY:**

If any provision of this agreement is held in whole or in part to be unenforceable for any reason the remainder of that provision and of the entire agreement will be severable and remain in effect.

Date: 7/24/15

_____
Todd Maciel

Date: 7/24/15

_____
Mindy Maciel

FEAR LAW GROUP, P.C.

Date: 7/24/15

By: _____
Peter L. Fear

# EXHIBIT

# E

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>TODD MACIEL and<br>MINDY MACIEL,<br><br><br><br>Debtor(s). | Case No.: 15-13238-A-13<br><br>DC NO: FW-9<br><br>Chapter 13<br><br>EXHIBIT E: CLIENT APPROVAL OF FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330<br><br>DATE:   July 2, 2020<br>TIME:   9:00 a.m.<br>PLACE:  U.S. Courthouse, 5th Floor<br>          2500 Tulare Street<br>          Fresno, California 93721<br>JUDGE:  Honorable Fredrick E. Clement |

I, TODD MACIEL, am a debtor in the above-entitled matter. I have read the fee application of FEARWADDELL, P.C. and approve the same.

I, MINDY MACIEL, am a debtor in the above-entitled matter. I have read the fee application of FEARWADDELL, P.C. and approve the same.

I understand that the fees reserved in my plan are insufficient to cover the amount of fees incurred by my attorney in this matter. Instead of being required to raise my plan payments to cover those additional fees, I have agreed that any fees approved by this court but not paid through the plan will be nondischargeable in my bankruptcy, as provided in my plan. I met with Mr. Waddell on June 1, 2020, to discuss what fees are anticipated to be paid through the plan and the fees that are anticipated that I will pay following discharge.

_____          _____
TODD MACIEL, Debtor                                        Date   6/1/2020

_____          _____
MINDY MACIEL, Debtor                                      Date   6/1/2020