UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

IN RE:  TODD MACIEL
        MINDY MACIEL

CASE NO: 15-13238-A-13

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. FW-9
Judge: Honorable Fredrick E. Clement
Hearing Location: Dept. A, Courtroom 11, 5th Floor, United
States Courthouse, 2500 Tulare St., Fresno, California 93721
Hearing Date: July 2, 2020
Hearing Time: 9:00 a.m.

On 6/2/2020, a copy of the following documents, described below,

FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330 ECF Docket Reference No. FW-9

NOTICE OF FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO11 U.S.C. §330

DECLARATION OF GABRIEL J. WADDELL IN SUPPORT OF FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330

EXHIBITS FOR FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gabriel J. Waddell
Fear Waddell, P.C.
7650 N. Palm Avenue, Suite 101
Fresno, CA  93711

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA UNITED STATES MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
OFFICE OF THE UNITED STATES TRUSTEE     MICHAEL H. MEYER          TODD MACIEL
UNITED STATES COURTHOUSE                 CHAPTER 13 TRUSTEE        MINDY MACIEL
2500 TULARE STREET STE 1401              PO BOX 28950             12661 MESA DRIVE
FRESNO CALIFORNIA  93721-1326            FRESNO CA 93729-8950     MADERA CALIFORNIA 93636
```